IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DONALD C. CIANCIO, an individual,<br><br>         Plaintiff,<br><br> v.<br><br>MORGAN BACKMAN aka MORGAN HUSTON, an individual; and DONALD M. LARISON, an individual,<br><br>         Defendants. | Case No. CIV 05-379-S-EJL<br><br>**ORDER** |

  Before the Court is Plaintiff's motion for entry of default judgment. The Court previously entered an Order for Default against Donald M. Larison, entered on June 7, 2006. The Court then entered Default Judgment on August 9, 2006 directing Plaintiff to serve a copy upon the Defendant and to file additional support as to the amount of damages. No response was filed by the Defendant. Plaintiff filed such support, however, upon reviewing the supplemental filing the Court directs Plaintiff to file further supporting information specifically as to the damages amount requested for past and future lost earnings. The Court has reviewed Exhibit C attached to the affidavit of counsel (Dkt. No. 25) and is unable to determine the particular basis for the amount stated and the calculations used to arrive at the amount of an excess of $1,244,000.00. Therefore the Court directs Plaintiff to file such additional documentation on or before

October 16, 2006.  If additional time is necessary to gather the information, counsel may request a continuance.

**IT IS SO ORDERED**.

**DATED:  September 27, 2006**

**Honorable Edward J. Lodge**
**U. S. District Judge**